IN THE SUPREME COURT OF TEXAS

 No. 08-0165

 IN RE OFFICE OF THE ATTORNEY GENERAL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed February
29, 2008, is granted in part. The Temporary Restraining Order and Order
Setting Hearing for Temporary Orders signed February 25, 2008, in Cause No.
05-20254, styled In the Matter of Office of the Guardian Ad Litem and
Office of the Attorney General of Texas and in the interest of Minor
Children, in the 301st District Court of Dallas County, Texas, is stayed
pending further order of this Court. The remainder of the motion will
remain pending before this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 12:00 p.m., March 7, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 29, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk